UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KRISTEN FAIRCHILD,

    Plaintiff,

  v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

Case No. 5:15-cv-05064-BLF

**CASE MANAGEMENT ORDER**

On April 07, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| Cross Summary Judgment Hearing | 04/07/2017 at 9:00 am |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Court adopts parties briefing schedule regarding dates and deadlines as stated in the Joint Case Management Statement filed on March 31, 2016.

Dated: April 07, 2016

_____
BETH LABSON FREEMAN
United States District Judge