1 | CHARLES B. PERKINS #126942
SUSAN D. PELMULDER #234731
2 | FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
3 | Los Gatos, California 95030
(408) 399 - 4566 telephone
4 | (408) 390 - 6683 facsimile
Email: cbperk@earthlink.net

Attorney for Plaintiff
KRISTEN FAIRCHILD

PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
NORMAN LAU (SBN 253690)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:         pamela.cogan@rmkb.com; stacy.tucker@rmkb.com; norman.lau@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KRISTEN FAIRCHILD,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | CASE NO.  5:15CV-05064 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
|---|---|

   IT IS HEREBY STIPULATED by and between the Plaintiff, Kristen Fairchild and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON by and through their respective attorneys of record, that the above captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure

41(a)(I)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: August 4, 2016             FLYNN, ROSE & PERKINS


By: /s/ *Charles Perkins*
   CHARLES PERKINS
   SUSAN D. PERMULDER
   Attorney for Plaintiff,
   KRISTEN FAIRCHILD

Dated: August 4, 2016             ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ *Norman Lau*
   PAMELA E. COGAN
   STACY M. TUCKER
   NORMAN LAU
   Attorneys for Defendant
   LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: August 8 , 2016             _____
   Honorable Beth L. Freeman
   United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4835-7179-8070.2                      - 2 -                      STIPULATION AND [PROPOSED] ORDER
                                                                 DISMISSING ACTION WITH PREJUDICE
                                                                 CASE NO. 5:15CV05064 BLF